UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, | No. C-15-0719 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| President BARACK OBAMA; *et al.*, | |
| Defendants. | |

    Plaintiff, an inmate at the Corcoran State Prison in Kings County, filed this *pro se* civil action, complaining (in Docket # 5) of events and omissions that occurred at the California State Prison - Lancaster, which is located in Los Angeles County. Los Angeles County is within the venue of the Central District of California, and most of the witnesses apparently would be found in the Central District of California as that is the location of the acts or omissions complained of by plaintiff. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Central District of California, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is **TRANSFERRED** to the United States District Court for the Central District of California. The Clerk shall transfer this matter.

    IT IS SO ORDERED.

Dated: April 24, 2015

_____
EDWARD M. CHEN
United States District Judge